UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant. | Case No.: 22cv694-LR <br><br> **ORDER VACATING HEARING** |

On August 31, 2022, Judge Andrew G. Schopler issued an order setting a hearing date for oral argument in this case on February 8, 2023. (ECF No. 12.) On October 4, 2022, the case was transferred from the calendar of Judge Andrew G. Schopler to the calendar of Judge Lupe Rodriguez, Jr. (ECF No. 13.) The Court finds that this matter is suitable for determination on the papers without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, the videoconference hearing scheduled for February 8, 2023, is **VACATED** and no personal appearances should be made unless otherwise ordered.

/ / /

/ / /

/ / /

1

22cv694-LR

1  All other rules and guidelines from the Court's previous Scheduling Order (ECF No. 15)
2  remain in effect.
3     **IT IS SO ORDERED.**
4  Dated: February 3, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge