UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T.,[1]<br><br>                      Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                      Defendant. | Case No.: 22cv0694-SBC<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**[ECF NO. 27]** |

      Pending before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d). (ECF No. 27.) Based upon the parties' submission and their stipulation to the fee award, the Court **GRANTS** the Joint Motion and **ORDERS** that Plaintiff be awarded attorney's fees in the amount of $5,261.00 as authorized by 28 U.S.C. § 2412 and no costs under

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

28 U.S.C. § 1920 subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED.**

Dated: March 19, 2024

                                                Hon. Steve B. Chu
United States Magistrate Judge